**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Case No. 17-21325-CMB |
| Dean Pope | |
| Christine Pope | Chapter 13 |
| Debtor | |

## PROOF OF INCOME

# POPE, DEAN & CHRISTINE

# My SERS Summary

POPE, DEAN R
260 MOHAWK DR
MCKEESPORT PA 15135


pennsylvania

## SERS Annuitant Information

| | |
|---|---|
| Social Security Number XXX-XX-9088 | Date of Birth 10-11-1966 |
| Date of Retirement 06-22-2014 | SERS Counseling Center **PITTSBURGH** |
| Retirement Type **Early** | |
| Retirement Option **MSLA with full option 4 withdrawal** | |
| Annuity Status **On Annuity** | Gross Check Amount **$2,342.13** |

## Federal Income Tax Information

To change your withholding, submit a *Withholding Certificate-Pension* or *Annuity Payments (SERS W-4P)* form.

| | |
|---|---|
| Filing Status **Single** | Additional Amount **$0.00** |
| Allowances **1** | Fixed Amount **$0.00** |

## Benefits Paid

| Payment Date | Gross Amount | Federal Tax Withheld | Medical Deduction | Rollover Deduction | Other Deductions | Net Amount |
|---|---|---|---|---|---|---|
| 02/28/2017 | $2,342.13 | $233.04 | $0.00 | $0.00 | $0.00 | $2,109.09 |
| 01/31/2017 | $2,342.13 | $233.04 | $0.00 | $0.00 | $0.00 | $2,109.09 |
| 12/30/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 11/30/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 10/31/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 09/30/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 08/31/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 07/29/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 06/30/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 05/31/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 04/29/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |
| 03/31/2016 | $2,342.13 | $233.89 | $0.00 | $0.00 | $0.00 | $2,108.24 |

The benefits included in this summary are only for the last calendar year.

| CO | FILE | DEPT | CLOCK | VCHR NO. | 055 |
|---|---|---|---|---|---|
| JNV | 901646 | 000175 | 3LICN | 0000110147 | |

# Earnings Statement

**ADP**

CROWN CASTLE USA INC.
2000 CORPORATE CENTER DR.
CANONSBURG, PA 15317
TEL:724-416-2000

Period Beginning:  02/26/2017
Period Ending:    03/11/2017
Pay Date:         03/17/2017

Taxable Marital Status:
 Federal:       Single

Exemptions/Allowances:
 Federal:       2

CHRISTINE POPE
260 MOHAWK DRIVE
BOSTON PA 15135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2823.92 | | 2,823.92 | 16,532.32 |
| Annual Incentiv | | | | 11,234.00 |
| **Gross Pay** | | | **$2,823.92** | 27,766.32 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -400.96 | 5,111.46 |
| Social Security Tax | | -165.14 | 1,661.80 |
| Medicare Tax | | -38.63 | 388.65 |
| PA State Income Tax | | -81.64 | 822.12 |
| Cecil Twp Income Tax | | -26.59 | 267.78 |
| PA SUI/SDI Tax | | -1.98 | 19.44 |
| **Other** | | | |
| Acc/Death/Dism | | -0.92 | 5.52 |
| Dental, Ppo | | -11.00* | 66.00 |
| Hlth, Med. Premie | | -153.49* | 920.94 |
| Local Srvc Tax | | -2.00 | 12.00 |
| Ltd Additional | | -2.43 | 14.23 |
| Ma Mutual Dis | | -20.41 | 122.46 |
| Suppl. Life | | -12.18 | 73.08 |
| 401K Loans | | -62.88 | 377.28 |
| **Net Pay** | | **$1,843.67** | |
| Checking | | -400.00 | |
| Checking -2Nd | | -1,443.67 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $2,659.43

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 4.16 | 23.86 |

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA:        Married
Exemptions/Allowances:
 PA:        N/A

* Excluded from federal taxable wages

©2000 ADP, LLC

---

CROWN CASTLE USA INC.
2000 CORPORATE CENTER DR.
CANONSBURG - PA 15317
TEL:724-416-2000

Advice number:  00000110147
Pay date:       03/17/2017

Deposited to the account of
CHRISTINE POPE

| account number | transit | ABA | amount |
|---|---|---|---|
| xxx8833 | xxxx | xxxx | $400.00 |
| xxxxxxx2543 | xxxx | xxxx | $1,443.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO  FILE  DEPT.  CLOCK  VCHR. NO.  056
JNV  901846  000175  3LICN  0000430164

# Earnings Statement

**ADP**

CROWN CASTLE USA INC.
2000 CORPORATE CENTER DR.
CANONSBURG, PA 15317
TEL:724-416-2000

Period Beginning:    03/12/2017
Period Ending:       03/25/2017
Pay Date:            03/31/2017

Taxable Marital Status:
    Federal:    Single

Exemptions/Allowances:
    Federal:    2

CHRISTINE POPE
260 MOHAWK DRIVE
BOSTON PA 15135

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2823.92 | | 2,823.92 | 19,356.24 |
| Annual Incentiv | | | | 11,234.00 |
| **Gross Pay** | | | **$2,823.92** | 30,590.24 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -400.96 | 5,512.42 |
| Social Security Tax | -165.14 | 1,826.94 |
| Medicare Tax | -38.62 | 427.27 |
| PA State Income Tax | -81.64 | 903.76 |
| Cecil Twp Income Tax | -26.59 | 294.37 |
| PA SUI/SDI Tax | -1.97 | 21.41 |

**Other**

| | this period | year to date |
|---|---|---|
| Acc/Death/Dism | -0.92 | 6.44 |
| Dental - Ppo | -11.00* | 77.00 |
| Hlth - Med . Premie | -153.49* | 1,074.43 |
| Local Srvc Tax | -2.00 | 14.00 |
| Ltd Additional | -2.43 | 16.66 |
| Ma Mutual Dis | -20.41 | 142.87 |
| Suppl . Life | -12.18 | 85.26 |
| 401K Loans | -62.88 | 440.16 |
| **Net Pay** | **$1,843.69** | |
| Checking | -400.00 | |
| Checking -2Nd | -1,443.69 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,659.43

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G.T.L. | 4.16 | 28.02 |

**Additional Tax Withholding Information**

Taxable Marital Status:
    PA:    Married
Exemptions/Allowances:
    PA:    N/A

\* Excluded from federal taxable wages

©2000 ADP, LLC

---

CROWN CASTLE USA INC.
2000 CORPORATE CENTER DR.
CANONSBURG - PA 15317
TEL:724-416-2000

Advice number:    00000130154
Pay date:         03/31/2017

Deposited to the account of
CHRISTINE POPE

| account number | transit ABA | amount |
|---|---|---|
| xxx8833 | xxxx xxxx | $400.00 |
| xxxxxxx2543 | xxxx xxxx | $1,443.69 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE