**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dean R Pope** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9088** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Christine Pope** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8414** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**   **4/1/17** |
| Case number:   **17–21325–CMB** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dean R Pope | Christine Pope |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 260 Mohawk Dr <br> McKeesport, PA 15135 | 260 Mohawk Dr <br> McKeesport, PA 15135 |
| 4. | **Debtor's attorney** <br> Name and address | Lawrence W. Willis <br> Willis & Associates <br> 201 Penn Center Blvd <br> Suite 400 <br> Pittsburgh, PA 15235 | Contact phone 412–825–5170 |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open Monday – Friday <br>            9:00 AM – 4:30 PM <br> Contact phone 412–644–2700 <br> Date: 5/1/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> **Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **June 5, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/4/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/5/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/28/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**6/5/17** at **02:00 PM**, Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21325-CMB
Dean R Pope                                                             Chapter 13
Christine Pope
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 3              Date Rcvd: May 01, 2017
                               Form ID: 309I           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
```
db/jdb         +Dean R Pope,   Christine Pope,   260 Mohawk Dr,   McKeesport, PA 15135-3124
aty            +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +S. James Wallace,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14400423       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
14394392       +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
14394396       +Carrington Mortgage Se,   1600 S Douglass Rd Ste 2,   Anaheim, CA 92806-5951
14394399       +Clear Spring Loan Serv,   18451 N Dallas Pkwy Ste,   Dallas, TX 75287-5202
14413621       +Comcast Cable,   PO Box 3005,   Southeastern, PA 19398-3005
14395267       +Credit Acceptance,   25505 W.12 Mile Rd.,   Suite 3000,   Southfield, MI 48034-8331
14394400       +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
14394407       +Homeward Residential,   1525 S Belt Line Rd,   Coppell, TX 75019-4913
14394411       +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
14394413       +Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
14394414       +Midwest Recovery Syste,   2747 W Clay Street,   Saint Charles, MO 63301-2557
14413635       +Ohio Auto Loans,   1039 Boardman Porland Road,   Youngstown, OH 44514-1929
14394420        Thinkcashfbd,   Brandywine Commons Ii,   Wilmington, DE 19803
14394421       +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: help@urfreshstrt.com May 02 2017 03:26:59      Lawrence W. Willis,
                 Willis & Associates,   201 Penn Center Blvd,   Suite 400,   Pittsburgh, PA 15235
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2017 03:27:24      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 02 2017 03:27:41
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14394383       +EDI: AAEO.COM May 02 2017 03:03:00      Aaron Sales & Lease Ow,   1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144-3672
14394394        EDI: CAPITALONE.COM May 02 2017 03:03:00      Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238
14394393       +EDI: CAPITALONE.COM May 02 2017 03:03:00      Cap One,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
14394397       +E-mail/Text: bankruptcy@cavps.com May 02 2017 03:27:58      Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
14394398       +E-mail/Text: draible@chfcu.org May 02 2017 03:28:04      Century Heritage Fcu,   9 S 2nd St,
                 Duquesne, PA 15110-1147
14394401       +EDI: RCSFNBMARIN.COM May 02 2017 03:03:00      Credit One Bank Na,   Po Box 98875,
                 Las Vegas, NV 89193-8875
14394403       +EDI: TSYS2.COM May 02 2017 03:03:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
14394404       +E-mail/Text: bknotice@erccollections.com May 02 2017 03:27:49      Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14394405       +EDI: AMINFOFP.COM May 02 2017 03:03:00      First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14394406       +EDI: PHINAMERI.COM May 02 2017 03:03:00      Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
14413628        EDI: IRS.COM May 02 2017 03:03:00      Internal Revenue Service,   Insolvency Unit,   PO Box 628,
                 Pittsburgh, PA 15230
14394408        EDI: JEFFERSONCAP.COM May 02 2017 03:03:00      Jefferson Capital Syst,   16 Mcleland Rd,
                 Saint Cloud, MN 56303
14394409       +E-mail/Text: processing@keybridgemed.com May 02 2017 03:28:08      Key Bridge,
                 2348 Baton Rouge,   Lima, OH 45805-1167
14394415       +EDI: AGFINANCE.COM May 02 2017 03:03:00      Onemain Fi,   6801 Colwell Blvd,
                 Irving, TX 75039-3198
14394417       +E-mail/Text: cfranzi@pghcentral.com May 02 2017 03:28:13      Pittsburgh Central Fcu,
                 2601 Wexford Bayne Rd,   Sewickley, PA 15143-4029
14394418       +EDI: RMSC.COM May 02 2017 03:03:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14394419       +EDI: CHRYSLER.COM May 02 2017 03:03:00      Td Auto Finance,   Po Box 9223,
                 Farmington, MI 48333-9223
14394422       +EDI: BLUESTEM May 02 2017 03:03:00      Webbank/fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: gamr                    Page 2 of 3                  Date Rcvd: May 01, 2017
                              Form ID: 309I                 Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wilmington Savings Fund Society, FSB, as trustee o
14394384*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394385*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394386*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394387*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394388*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394389*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394390*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394391*     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394395*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
14413617*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
14413618*     +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14413619*     +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14413620*     +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
14413622*     +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14394402*     +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14413623*     +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14413624*     +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14413625*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14413626*     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14413627*     +Internal Revenue Service,    Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
14413629*     +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                Room 727,    Pittsburgh, PA 15222-4107
14413630*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court:  Jefferson Capital Syst,    16 Mceland Rd,    Saint Cloud, MN 56303)
14394410*     +Key Bridge,    2348 Baton Rouge,    Lima, OH 45805-1167
14413631*     +Key Bridge,    2348 Baton Rouge,    Lima, OH 45805-1167
14394412*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14413632*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14413633*     +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14413634*     +Midwest Recovery Syste,    2747 W Clay Street,    Saint Charles, MO 63301-2557
14394416*     +Onemain Fi,    6801 Colwell Blvd,    Irving, TX 75039-3198
14413636*     +Onemain Fi,    6801 Colwell Blvd,    Irving, TX 75039-3198
14413637*     +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14413638*     +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                        TOTALS: 1, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
                Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Christine  Pope help@urfreshstrt.com,
                urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Dean R Pope help@urfreshstrt.com,  urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
                srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2          User: gamr              Page 3 of 3              Date Rcvd: May 01, 2017
                              Form ID: 309I           Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6