UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                 Bankr. Case No. 17-21325-CMB-13

DEAN R. POPE and CHRISTINE POPE                                                 Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        Americredit Financial Services, Inc. dba GM Financial
                        PO Box 183853
                        Arlington, TX  76096

                                                     By /s/ Mandy Youngblood

                                                     Mandy Youngblood
                                                     PO Box 183853
                                                     Arlington, TX  76096
                                                     877-203-5538
                                                     877-259-6417
                                                     Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on April 21, 2017 :

| | |
|---|---|
| LAWRENCE W WILLIS<br>201 PENN CENTER BLVD<br>PITTSBURGH, PA  15235 | Ronda Winnecour<br>600 Grant Street<br>Suite 3250 USX Tower<br>Pittsburgh, PA 15219 |

By  /s/ Mandy Youngblood
Mandy Youngblood

xxxxx95092 / 924010