**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. **17-21325-CMB** |
| | : | |
| **Dean R Pope** | : | |
| Christine Pope | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| **Dean R Pope** | : | |
| Christine Pope | : | |
| Movant, | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL RESPONDENT | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPORT OF NO PURCHASE**

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C. on 04/01/2017 .

2. On 06/22/2017, the Debtors filed a Motion to Obtain Financing for the Purchase of a Vehicle.

3. This Court entered an Order dated 07/12/2017 , granting the Debtors' Motion to Borrow Financing for the Purchase of a Vehicle.

4. The Order directed that a Report of Purchase was to be filed within forty-five (45) days.

5. After inquiry, debtor notified counsel that they were not able to find a car in their price range and therefore no vehicle has been purchased.

| | |
|---|---|
| Dated: <u>August 31, 2017</u> | By. <u>Lawrence W Willis Esq</u><br>Lawrence W. Willis Esquire<br>PA 85299<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 400<br>Pittsburgh, PA 15235<br>412-825-5170<br>Email: help@urfreshstrt.com |