**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21325-CMB |
| | : | |
| Dean R. Pope and | : | Chapter 13 |
| Christine Pope, | : | |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE**

   I, the undersigned, certify under penalty of perjury that I served the *Order Dated September 1, 2017 (Order Setting Hearing on Amended Plan), and Amended Plan Dated August 31, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):


Dated September 4, 2017     Executed by: /s/ Lawrence W. Willis
                   Lawrence W. Willis, Esquire
                   Willis & Associates
                   201 Penn Center Blvd
                   Pittsburgh, PA 15235
                   Tel: 412.825.5170
                   Fax: 412.823.2375

MATRIX

Dean & Christine Pope
260 Mohawk Drive
McKeesport, PA 15135

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Aaron Sales & Lease Ow
1015 Cobb Place Blvd Nw
Kennesaw, GA 30144

Bankamerica
4909 Savarese Cir
Tampa, FL 33634

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Carrington Mortgage Se
1600 S Douglass Rd Ste 2
Anaheim, CA 92806

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Century Heritage Fcu
9 S 2nd St
Duquesne, PA 15110

Clear Spring Loan Serv
18451 N Dallas Pkwy Ste
Dallas, TX 75287

Credit Acceptance
Po Box 513
Southfield, MI 48037

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Gm Financial
Po Box 181145
Arlington, TX 76096

Homeward Residential
1525 S Belt Line Rd
Coppell, TX 75019

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Key Bridge
2348 Baton Rouge
Lima, OH 45805

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

Midnight Velvet
1112 7th Ave
Monroe, WI 53566

Midwest Recovery Syste
2747 W Clay Street
Saint Charles, MO 63301

Onemain Fi
6801 Colwell Blvd
Irving, TX 75039

Pittsburgh Central Fcu
2601 Wexford Bayne Rd

Sewickley, PA 15143

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Td Auto Finance
Po Box 9223
Farmington, MI 48333

Thinkcashfbd
Brandywine Commons Ii
Wilmington, DE 19803

Verizon Wireless
Po Box 49
Lakeland, FL 33802

Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303