**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Dean R. Pope and | : | |
| Christine Pope, | : | Case No. 17-21325-CMB |
| | : | |
| | : | Chapter 13 |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Dean R. Pope and | : | |
| Christine Pope, | : | |
| | : | Related to Docket No. 53 |
| **Movant** | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | January 17, 2018 at 10:00 AM |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| **Respondent** | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO APPROVE FINANCING FOR AUTOMOBILE FILED AT DOCKET NO. 53

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Financing for Automobile filed on December 7, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 26, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 27, 2017                                By: /s/ Lawrence Willis Esquire
                                                        Lawrence W Willis, Esquire
                                                        PA I.D. # 85299
                                                        Willis & Associates
                                                        201 Penn Center Blvd
                                                        Pittsburgh, PA 15235
                                                        Tel: 412.825.5170
                                                        Fax: 412.823.2375
                                                        lawrencew@urfreshstrt.com
                                                        Attorney for Debtors