## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Dean R. Pope and | : | Case No. 17-21325-CMB |
| Christine Pope, | : | |
| | : | Chapter 13 |
| Debtor | : | |

*************************************************************************

| | | |
|---|---|---|
| Dean R. Pope and | : | |
| Christine Pope, | : | |
| | : | Related to Docket No. 53 |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | January 17, 2018 at 10:00 AM |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | **ENTERED BY DEFAULT** |
| | : | |
| Respondent | : | |
| | : | |

*************************************************************************

# ORDER

**AND NOW**, this \_\_\_\_28th\_\_\_\_ day of \_\_\_\_December\_\_\_\_, 2017, upon consideration of the Debtors' Motion to Approve Financing for Automobile, it is hereby ORDERED and DIRECTED as follows:

1. Within thirty (30) days from the date of this Order the Debtors may obtain automobile financing in order to purchase or lease either a new or used motor vehicle.

2. The vehicle financing shall be no greater than $25,000.00 inclusive of all taxes and fees, with a monthly payment no greater than $450.00.

3. Within forty-five (45) days from the date of this Order, an amended Chapter 13 Plan shall be filed to include the payment for the newly purchased vehicle.

4. Within forty-five (45) days from the date of this Order a report of purchase shall be filed with the Court.

BY THE COURT:

*Carlota M. Böhm* **dmr**
Carlota M. Bohm,
United States Bankruptcy Judge

FILED
12/28/17 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21325-CMB
Dean R Pope                                                               Chapter 13
Christine Pope
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Dec 28, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
db/jdb         +Dean R Pope,    Christine Pope,    260 Mohawk Dr,    McKeesport, PA 15135-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
              James  Warmbrodt     on behalf of Creditor     Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Lawrence W. Willis     on behalf of Joint Debtor Christine  Pope ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis     on behalf of Debtor Dean R Pope ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6