Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dean R Pope**
**Christine Pope**
  Debtor(s)

Bankruptcy Case No.: 17−21325−CMB
Related to Dkt. No. 59
Chapter: 13
Docket No.: 60 − 59
Concil. Conf.: November 1, 2018 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **October 9, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 22, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **November 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 23, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21325-CMB
Dean R Pope                                                           Chapter 13
Christine Pope
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3          Date Rcvd: Aug 23, 2018
                              Form ID: 410            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
```
db/jdb         +Dean R Pope,    Christine Pope,   260 Mohawk Dr,   McKeesport, PA 15135-3124
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14394383      ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
               (address filed with court: Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14678825      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14400423       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14643001       +Bank of America N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14394392       +Bankamerica,    4909 Savarese Cir,   Tampa, FL 33634-2413
14394396       +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,   Anaheim, CA 92806-5951
14394399       +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,   Dallas, TX 75287-5202
14413621       +Comcast Cable,    PO Box 3005,   Southeastern, PA 19398-3005
14395267       +Credit Acceptance,    25505 W.12 Mile Rd.,   Suite 3000,   Southfield, MI 48034-8331
14394400       +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
14683826        Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14394403       +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
14394405       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14688302       +Flex Check,   Williamson and Brown,LLC,    4691 Clifton Pkwy,   Hamburg, NY 14075-3201
14394406       +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
14394407       +Homeward Residential,    1525 S Belt Line Rd,   Coppell, TX 75019-4913
14394414      #+Midwest Recovery Syste,    2747 W Clay Street,   Saint Charles, MO 63301-2557
14413635      #+Ohio Auto Loans,    1039 Boardman Porland Road,   Youngstown, OH 44514-1929
14521819       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14394419       +Td Auto Finance,    Po Box 9223,   Farmington, MI 48333-9223
14394420        Thinkcashfbd,   Brandywine Commons Ii,    Wilmington, DE 19803
14688091       +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2018 02:03:01
                 PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
14394394         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2018 01:50:43
                 Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
14394393        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2018 01:49:41     Cap One,
                 26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
14394397        +E-mail/Text: bankruptcy@cavps.com Aug 24 2018 01:42:38     Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
14678694        +E-mail/Text: bankruptcy@cavps.com Aug 24 2018 01:42:38     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14394398        +E-mail/Text: draible@chfcu.org Aug 24 2018 01:42:39      Century Heritage Fcu,   9 S 2nd St,
                 Duquesne, PA 15110-1147
14394401        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 24 2018 01:49:51     Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14394404        +E-mail/Text: bknotice@ercbpo.com Aug 24 2018 01:42:28     Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14413628         E-mail/Text: cio.bncmail@irs.gov Aug 24 2018 01:41:49      Internal Revenue Service,
                 Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14394408         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 24 2018 01:42:35      Jefferson Capital Syst,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
14394409        +E-mail/Text: processing@keybridgemed.com Aug 24 2018 01:42:41     Key Bridge,
                 2348 Baton Rouge,   Lima, OH 45805-1167
14678321        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2018 01:42:16      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
14394411        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2018 01:42:16      Midland Funding,
                 2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
14394413        +E-mail/Text: bankruptcy@sccompanies.com Aug 24 2018 01:43:10     Midnight Velvet,
                 1112 7th Ave,   Monroe, WI 53566-1364
14423268         E-mail/PDF: cbp@onemainfinancial.com Aug 24 2018 01:50:08     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14394415        +E-mail/PDF: cbp@onemainfinancial.com Aug 24 2018 01:49:38     Onemain Fi,   6801 Colwell Blvd,
                 Irving, TX 75039-3198
14666145         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2018 02:04:48
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14713632         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2018 01:50:19
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
14394417        +E-mail/Text: tvincequerra@chromefcu.org Aug 24 2018 01:42:47      Pittsburgh Central Fcu,
                 2601 Wexford Bayne Rd,   Sewickley, PA 15143-4029
```

```
District/off: 0315-2          User: jhel             Page 2 of 3             Date Rcvd: Aug 23, 2018
                              Form ID: 410           Total Noticed: 46


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14394418        +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2018 01:50:41      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14394421        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2018 01:41:38
                 Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14394422        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 24 2018 01:42:47      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Wilmington Savings Fund Society, FSB, as trustee o
cr*             +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14394386*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14394387*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14394388*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14394389*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14394390*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14394391*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14394384*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14394385*      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
14519280*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14394395*      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
14413617*      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
14413618*       +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14413619*       +Cavalry Portfolio Serv,    Po Box 27288,   Tempe, AZ 85285-7288
14413620*       +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
14413622*       +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
14394402*       +Credit One Bank Na,    Po Box 98875,   Las Vegas, NV 89193-8875
14413623*       +Credit One Bank Na,    Po Box 98875,   Las Vegas, NV 89193-8875
14413624*       +Enhanced Recovery Co L,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14413625*       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14413626*       +Gm Financial,   Po Box 181145,    Arlington, TX 76096-1145
14413627*       +Internal Revenue Service,    Insolvency Unit,    PO Box 7346,   Philadelphia, PA 19101-7346
14413629*       +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14413630*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Syst,    16 Mceland Rd,   Saint Cloud, MN 56303)
14394410*       +Key Bridge,   2348 Baton Rouge,    Lima, OH 45805-1167
14413631*       +Key Bridge,   2348 Baton Rouge,    Lima, OH 45805-1167
14394412*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14413632*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14413633*       +Midnight Velvet,    1112 7th Ave,   Monroe, WI 53566-1364
14413634*       +Midwest Recovery Syste,    2747 W Clay Street,    Saint Charles, MO 63301-2557
14394416*       +Onemain Fi,    6801 Colwell Blvd,   Irving, TX 75039-3198
14413636*       +Onemain Fi,    6801 Colwell Blvd,   Irving, TX 75039-3198
14413637*       +Verizon Wireless,    Po Box 49,   Lakeland, FL 33802-0049
14413638*       +Webbank/fingerhut,    6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                      TOTALS: 1, * 34, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Aug 23, 2018
                              Form ID: 410            Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Joint Debtor Christine  Pope ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor Dean R Pope ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```