Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dean R Pope** | : | Case No. 17−21325−CMB |
| **Christine Pope** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 59 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 25th of October, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 17-21325-CMB
Dean R Pope
Christine Pope                                                          Chapter 13
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 3                  Date Rcvd: Oct 25, 2018
                               Form ID: 309                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db/jdb         +Dean R Pope,    Christine Pope,    260 Mohawk Dr,    McKeesport, PA 15135-3124
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14400423       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14643001       +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14394392       +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
14394396       +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14394399       +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
14413621       +Comcast Cable,    PO Box 3005,    Southeastern, PA 19398-3005
14395267       +Credit Acceptance,    25505 W.12 Mile Rd.,    Suite 3000,    Southfield, MI 48034-8331
14394400       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14688302       +Flex Check,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
14394407       +Homeward Residential,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
14394414       #+Midwest Recovery Syste,    2747 W Clay Street,    Saint Charles, MO 63301-2557
14521819       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14394420        Thinkcashfbd,    Brandywine Commons Ii,    Wilmington, DE 19803
14688091       +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Oct 26 2018 06:03:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14678825        EDI: PHINAMERI.COM Oct 26 2018 06:03:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    P O Box 183853,    Arlington, TX 76096
14394383       +EDI: AAEO.COM Oct 26 2018 06:03:00      Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144-3672
14394394        EDI: CAPITALONE.COM Oct 26 2018 06:03:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
14394393       +EDI: CAPITALONE.COM Oct 26 2018 06:03:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
14394397       +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:15:28      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14678694       +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:15:28      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14394398        E-mail/Text: wdean@chfcu.org Oct 26 2018 02:15:29      Century Heritage Fcu,    9 S 2nd St,
                 Duquesne, PA 15110-1147
14394401       +EDI: RCSFNBMARIN.COM Oct 26 2018 06:03:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14683826        EDI: DIRECTV.COM Oct 26 2018 06:03:00      Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL 60197-5008
14394403       +EDI: TSYS2.COM Oct 26 2018 06:03:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
14394404       +E-mail/Text: bknotice@ercbpo.com Oct 26 2018 02:15:19      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14394405       +EDI: AMINFOFP.COM Oct 26 2018 06:03:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14394406       +EDI: PHINAMERI.COM Oct 26 2018 06:03:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
14413628        EDI: IRS.COM Oct 26 2018 06:03:00      Internal Revenue Service,    Insolvency Unit,    PO Box 628,
                 Pittsburgh, PA 15230
14394408        EDI: JEFFERSONCAP.COM Oct 26 2018 06:03:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
14394409       +E-mail/Text: processing@keybridgemed.com Oct 26 2018 02:15:31      Key Bridge,
                 2348 Baton Rouge,    Lima, OH 45805-1167
14678321       +EDI: MID8.COM Oct 26 2018 06:03:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
14394411       +EDI: MID8.COM Oct 26 2018 06:03:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
14394413       +EDI: CBS7AVE Oct 26 2018 06:03:00      Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14423268        EDI: AGFINANCE.COM Oct 26 2018 06:03:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14394415       +EDI: AGFINANCE.COM Oct 26 2018 06:03:00      Onemain Fi,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
14666145        EDI: PRA.COM Oct 26 2018 06:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14713632        EDI: PRA.COM Oct 26 2018 06:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
14394417       +E-mail/Text: tvincequerra@chromefcu.org Oct 26 2018 02:15:34      Pittsburgh Central Fcu,
                 2601 Wexford Bayne Rd,    Sewickley, PA 15143-4029
14394418       +EDI: RMSC.COM Oct 26 2018 06:03:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14394419       +EDI: CHRYSLER.COM Oct 26 2018 06:03:00      Td Auto Finance,    Po Box 9223,
                 Farmington, MI 48333-9223
```

```
District/off: 0315-2                  User: jhel                    Page 2 of 3                   Date Rcvd: Oct 25, 2018
                                      Form ID: 309                  Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14394421       +EDI: VERIZONCOMB.COM Oct 26 2018 06:03:00      Verizon Wireless,    Po Box 49,
                 Lakeland, FL 33802-0049
14394422       +EDI: BLUESTEM Oct 26 2018 06:03:00      Webbank/fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                                 TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, as trustee o
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14394386*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394387*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394388*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394389*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394390*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394391*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394384*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14394385*      +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
14519280*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14394395*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
14413617*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
14413618*      +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14413619*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14413620*      +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
14413622*      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14394402*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14413623*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14413624*      +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14413625*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14413626*      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14413627*      +Internal Revenue Service,    Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
14413629*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14413630*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303)
14394410*      +Key Bridge,    2348 Baton Rouge,    Lima, OH 45805-1167
14413631*      +Key Bridge,    2348 Baton Rouge,    Lima, OH 45805-1167
14394412*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14413632*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14413633*      +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14413634*      +Midwest Recovery Syste,    2747 W Clay Street,    Saint Charles, MO 63301-2557
14394416*      +Onemain Fi,    6801 Colwell Blvd,    Irving, TX 75039-3198
14413636*      +Onemain Fi,    6801 Colwell Blvd,    Irving, TX 75039-3198
14413637*      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14413638*      +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14413635      ##+Ohio Auto Loans,    1039 Boardman Porland Road,    Youngstown, OH 44514-1929
                                                                                 TOTALS: 1, * 34, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: jhel                  Page 3 of 3                  Date Rcvd: Oct 25, 2018
                               Form ID: 309                Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Christine  Pope ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Dean R Pope ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```