**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DEAN R POPE                              Case No.:17-21325
CHRISTINE POPE
       Debtor(s)

Ronda J. Winnecour                       Document No.:
       Movant
    vs.
No Respondents.

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/01/2017  and confirmed on 06/08/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,455.35 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,455.35 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,201.00 | |
|   Trustee Fee | 748.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,949.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 11,250.45 | 0.00 | 11,250.45 |
|   Acct: 3566 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 3,039.19 | 260.15 | 0.00 | 260.15 |
|   Acct: 3566 | | | | |
| CREDIT ACCEPTANCE CORP* | 6,285.22 | 1,647.59 | 347.88 | 1,995.47 |
|   Acct: 3357 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA ( | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5092 | | | | |
| OHIO AUTO LOAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0921 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4178 | | | | |
| | | | | 13,506.07 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DEAN R POPE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,201.00 | 3,201.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 700.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 27,266.53 | 0.00 | 0.00 | 0.00 |
| Acct: 9088 | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 664.61 | 0.00 | 0.00 | 0.00 |
| Acct: 2259 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 488.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7508 | | | | |
| CLEAR SPRING LOAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0708 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2730 | | | | |
| MIDLAND FUNDING LLC | 916.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7986 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5809 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8973 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| KEY BRIDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5996 | | | | |
| KEY BRIDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4207 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3106 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9662 | | | | |
| MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 555O | | | | |
| MIDWEST RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4071 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6292 | | | | |
| INTERNAL REVENUE SERVICE* | 8,108.02 | 0.00 | 0.00 | 0.00 |
| Acct: 8414 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 695.18 | 0.00 | 0.00 | 0.00 |
| Acct: 7189 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA ( | 472.89 | 0.00 | 0.00 | 0.00 |
| Acct: 5092 | | | | |
| BANK OF AMERICA NA | 474.33 | 0.00 | 0.00 | 0.00 |
| Acct: 4152 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 612.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9929 | | | | |
| WILLIAMSON AND BROWN LLC | 921.08 | 0.00 | 0.00 | 0.00 |
| Acct: 1800 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   AMERICREDIT FINANCIAL SVCS DBA GM F | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                              13,506.07

TOTAL CLAIMED
PRIORITY            27,266.53
SECURED              9,324.41
UNSECURED           13.354.11

Date: 11/06/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com